```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Case No. 09-cr-11-03-PB

**Joseph Delgado, et al.**


**O R D E R**

    Defendant Felicia Earley, through counsel, has moved to continue the trial scheduled for March 3, 2009, citing the need for additional time to complete discovery and prepare for trial or negotiate a plea agreement.  The government and co-defendants do not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 3, 2009 to June 2, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The February 25, 2009 final pretrial conference is continued to May 20, 2009 at 2:15 p.m.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

February 23, 2009

cc:  Michael Ramsdell, Esq.
     Liam D. Scully, Esq.
     John Pendleton, Esq.
     Ray Raimo, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal